

## Lipsitz Green Scime Cambria LLP

Attorneys at Law

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924   P 716 849 1333   F 716 855 1580 (Not for Service)   www.lglaw.com

James T. Scime
Michael Schiavone
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [2,3]
Jeffrey F. Reina
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Max Humann
Justin D. Ginter
Erin McCampbell Paris
Lynn M. Bochenek
Jaime Michelle Cain [5]
Richard A. Maltese, Jr.
Dale J. Bauman [2,6]
Karoline R. Faltas-Peppes
Melissa D. Wischerath [7]
Robert M. Corp [9]
Taylor D. Golba
Amy C. Keller [8]
Christina M. Croglio
Michael M. Kane
Alexander R. DiDonato
Brittany E. Morgan
Hillary E. Panek
Candace L. Morrison
Ryan C. Johnsen
Anthony R. Faraco, Jr.

OF COUNSEL
Paul J. Cambria, Jr. [1,3,5]
Patrick C. O'Reilly
Herbert L. Greenman
Laraine Kelley
Joseph J. Gumkowski
George E. Riedel, Jr. [2]

SPECIAL COUNSEL
Richard D. Furlong
Scott M. Schwartz
Robert A. Scalione [2]
Raymond H. Caso

ALSO ADMITTED IN
1  District of Columbia
2  Florida
3  California
4  Illinois
5  Pennsylvania
6  New Jersey
7  Oregon
8  Massachusetts
9  Connecticut

December 6, 2023

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
2 Niagara Square, 7th Floor
Buffalo, New York 14202

Re:   Rehmann v. Astec Inc, et al
      Civ. No.: 21-CV-879 JLS/HKS

Dear Judge Schroeder:

I wanted to confirm that your text order of 12/4/23 (Dkt. 54), which extended the Case Management Order does not impact your Order of 10/26/24 (Dkt. 47) granting plaintiff's motion to compel discovery from defendant Gernatt and the deadlines associated with it, specifically: Gernatt shall comply with the requirements of Rule 26(a)(1) no later than 11/3/2023; Plaintiff may supplement their discovery demands with respect to the initial disclosures no later than 11/17/2023; Gernatt shall respond to plaintiff's discovery demands no later than 12/15/2023; Depositions of the Gernatt employees and former employees shall be completed no later than 2/2/2024.

Respectfully submitted,

**LIPSITZ GREEN SCIME CAMBRIA, LLP**

*s/ Melissa D. Wischerath*


Melissa D. Wischerath

MDW:smc

Email: mwischerath@lglaw.com
Direct Dial: 716-849-1333 x 397